UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THRIVENT FINANCIAL FOR LUTHERANS,

      Plaintiff,

 v.                                                              Case No. 16-C-1321

SIGNE WARPNESS,
KURT BATCHELDER, and
ERIK BATCHELDER,

      Defendants.

---

**ORDER**

---

Upon review of the record in this matter, it has come to the court's attention that Thrivent has failed to file a copy of the insurance policy that is the subject of this action. In order to determine the parties respective rights, it is necessary that the court have available the actual language of the policy. Accordingly, Thrivent is directed to file a copy of the insurance policy that is the subject of this action within the next ten days.

SO ORDERED this 28th day of June, 2017.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                        United States District Court